IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| VICTOR DACAL, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| TAURUS INTERNATIONAL ) | |
| MANUFACTURING, INC., and ) | |
| TAURUS HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

DEFENDANTS Taurus International Manufacturing, Inc. ("TIMI") and Taurus Holdings, Inc. ("Holdings"), in accordance with 28 U.S.C. §§ 1441 and 1446, hereby submit this Notice of Removal and remove the civil action filed by the above-captioned Plaintiff from the Circuit Court of the 11th Judicial Circuit for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, TIMI and Holdings state as follows:

### *Background and Procedural History*

1. TIMI and Holdings have removed this action because there is complete diversity between the Plaintiff and the Defendants in this action, thereby affording this Court with original jurisdiction under 28 U.S.C. § 1332(a).

2. On December 15, 2023, Plaintiff Victor Dacal filed this products-liability action concerning a pistol in the 11th Judicial Circuit for Miami-Dade County, Florida, styled *Victor Dacal v. Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.*, Case No. 2023-028313-CA-01 (the "State Court Action").

3. On December 20, 2023, TIMI was served with Plaintiff's Summons addressed to TIMI and Plaintiff's Complaint in the State Court Action by and through each company's registered agent in Bainbridge, Georgia. On December 21, 2023, Holdings was served with Plaintiff's Summons addressed to Holdings and Plaintiff's Complaint in the State Court Action by and through each company's registered agent in Bainbridge, Georgia. This Notice of Removal is being filed within thirty days of TIMI's and Holdings's receipt through service of Plaintiff's Complaint, and therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

4. In accordance with 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the State Court Action and known to have been served by, or upon TIMI and Holdings, are attached hereto as composite **Exhibit "A**." TIMI and Holdings are not aware of any further proceeding in the State Court Action.

### *Grounds for Removal*

5. This action qualifies for removal to this Court because complete diversity exists between Plaintiff and the Defendants and the amount in controversy will exceed the sum of $75,000.00, exclusive of punitive damages, costs, and attorneys' fees, as required for original jurisdiction in this Court under 28 U.S.C. § 1332(a).

6. Plaintiff alleges that he "at all times pertinent hereto, resides in Miami-Dade County, Florida." (Ex. A, Compl. ¶ 9.) TIMI and Holdings are not citizens of the State of Florida. TIMI's and Holdings's principal places of business and states of incorporation are both in Georgia. TIMI and Holdings are not domiciled in Florida.

7. The matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. Plaintiff alleges that he "suffered serious, life-threatening injuries that resulted in medical treatment," suffered "permanent injury in [his] left leg," and that his alleged injuries required "months of medical treatment and physical therapy . . ." (Ex. A, Compl. ¶¶ 21-23.)

8. TIMI and Holdings have complied with all conditions precedent to the removal of this action and this case has been timely removed.

9. Venue is proper in this Court because the Southern District of Florida, Miami Division, encompasses Miami-Dade County. *See* 28 U.S.C. § 1446(a).

10. A true and correct copy of this Notice of Removal will be served upon plaintiffs, by and through their counsel of record, as required by 28 U.S.C. § 1446(d).

11. TIMI and Holdings will file a copy of this Notice of Removal with the Clerk of Court in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida as required by 28 U.S.C. § 1446(d).

12. By removing the State Court Action to this Court, TIMI and Holdings do not waive or compromise, but instead hereby specifically preserve, any and all of TIMI's and Holdings's defenses and claims in this lawsuit, including those concerning process, service of process, and personal jurisdiction. *See* 9 Charles Alan Wright & Arthur Miller, *Federal Practice and Procedure* § 1395 (3d ed. 2019) ("A party who removes an action from a state to a federal court does not thereby waive any of his or her Federal Rule 12(b) defenses or objections.").

13. By removing the State Court Action to this Court, TIMI and Holdings do not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. respectfully give notice that the above-described civil action pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, is removed to this Court.

Respectfully submitted, this 9th day of January, 2024.

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ James H. Cummings*
James H. Cummings
Florida Bar No. 27657
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: 904-598-6100
Fax: 904-598-6300
Email: jcummings@sgrlaw.com

*and*

John F. Weeks IV (*pro hac vice* sought)
Georgia Bar No. 335528
Steven A. Vickery (*pro hac vice* sought)
Georgia Bar No. 816854

SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309

Tel: 404-815-3500
Fax: 404-815-3509
Email: jweeks@sgrlaw.com
Email: svickery@sgrlaw.com

*Attorneys for Defendants Taurus International Manufacturing, Inc. & Taurus Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served a true and correct copy of the foregoing via electronic mail and First Class Mail to the following:

    Craig S. Barnett
    Chelsea E. Koff
    STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
    200 East Las Olas Boulevard, Suite 2100
    Fort Lauderdale, Florida 33301
    cbarnett@stearnsweavcr.com
    ckoff@stearnsweaver.com

    M. Todd Wheeles
    Matthew G. Garmon
    WHEELES & GARMON, ATTORNEYS AT LAW
    3000 Riverchase Galleria, Suite 905
    Birmingham, Alabama 35244
    todd@wheelesgarmonattorneys.com
    matt@wheelcsgarmonattorncys.com

    *Attorneys for Plaintiff*

                                                   */s/ James H. Cummings*
                                                          Attorney