UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20078-CIV-ALTONAGA/Reid

VICTOR DACAL,

      Plaintiff,

v.

TAURUS INTERNATIONAL
MANUFACTURING, INC.; *et al.*,

      Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.'s Motion to Dismiss [ECF No. 3].  The Court has been advised that the parties have reached an agreement on the Motion.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Plaintiff has until **February 9, 2024** to file an amended complaint.

**DONE AND ORDERED** in Miami, Florida, this 26th day of January, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record