UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-CV-20078-CMA

| | |
|---|---|
| VICTOR DACAL and <br> MADELEINE HERNANDEZ <br> <br> Plaintiffs, <br> v. <br> <br> TAURUS INTERNATIONAL <br> MANUFACTURING, INC., <br> TAURUS HOLDINGS, INC., and <br> BASS PRO OUTDOOR WORLD, LLC <br> <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## JOINT MEDIATION REPORT

Pursuant to the Court's February 20, 2024 Order Scheduling Mediation, (DE 36), Plaintiffs VICTOR DACAL and MADELEINE HERNANDEZ and Defendants TAURUS INTERNATIONAL MANUFACTURING, INC., TAURUS HOLDINGS, INC. and BASS PRO OUTDOOR WORLD, LLC (collectively, the "Parties"), by and through their undersigned counsel, file their Joint Mediation Report and state as follows:

The Parties mediated this case on May 24, 2024, with Rodney A. Max, and settled this action in its entirety. The Parties are working on a settlement agreement and anticipate dismissal papers to be filed within the next 30 days.

## CONSENT OF COUNSEL FOR DEFENDANTS

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiffs represent to the Court

that counsel for Defendants have authorized them to affix their electronic signatures to this joint notice.

Dated May 31, 2024

| | |
|---|---|
| /s/*Chelsea E. Koff*<br>Chelsea E. Koff, Esq.<br>Florida Bar No. 100557<br>Craig S. Barnett, Esq.<br>Florida Bar No. 35548<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>200 East Las Olas Boulevard, Suite 2100<br>Fort Lauderdale, Florida 33301<br>Email: cbarnett@stearnsweaver.com<br>        ckoff@stearnsweaver.com<br>        mhernandez@stearnsweaver.com<br>Telephone: (954) 462-9553<br>Facsimile:  (954) 462-9567<br><br>and<br><br>/s/*M. Todd Wheeles*<br>M. Todd Wheeles (*Pro Hac Vice*)<br>Matthew G. Garmon (FL Bar No. 121519)<br>**WHEELES & GARMON, ATTORNEYS AT LAW**<br>3000 Riverchase Galleria, Suite 905<br>Birmingham, Alabama 35244<br>Telephone: (205) 988-9253<br>Email: todd@wheelesgarmonattorneys.com<br>matt@wheelesgarmonattorneys.com<br><br>*Attorneys for Plaintiffs* | /s/ *John F. Weeks IV*<br>John F. Weeks IV (*pro hac vice*)<br>Georgia Bar No. 335528<br>Steven A. Vickery (*pro hac vice*)<br>Georgia Bar No. 816854<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1105 West Peachtree Street NE, Suite 1000<br>Atlanta, Georgia 30309<br>Tel: 404-815-3500<br>Fax: 404-815-3509<br>Email: jweeks@sgrlaw.com<br>Email: svickery@sgrlaw.com<br><br>and<br><br>/s/ *James H. Cummings*<br>James H. Cummings<br>Florida Bar No. 27657<br>50 North Laura Street, Suite 2600<br>Jacksonville, Florida 32202<br>Tel: 904-598-6100<br>Fax: 904-598-6300<br>Email: jcummings@sgrlaw.com<br><br><br>*Attorneys for Defendants Taurus International Manufacturing, Inc, Taurus Holdings, Inc. and Bass Pro Outdoor World, LLC* |